IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. |
| DILLON RAY MCKAY | Violation: 18 U.S.C. §§ 2242(2)(A), 2242(2)(B), and 1153 |

**Sexual Abuse of Incapacitated Victim**

The Grand Jury Charges:

On or about December 25, 2022, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

DILLON RAY MCKAY,

an Indian, knowingly caused another person, namely, JANE DOE, to engage in a sexual act, specifically, contact between DILLON RAY MCKAY's penis and the vulva of JANE DOE, who was at that time, as DILLON RAY MCKAY knew: (a) incapable of appraising the nature of the conduct, and (b) physically incapable of declining participation in, and communicating her unwillingness to engage in, the sexual act;

In violation of Title 18, United States Code, Sections 2242(2)(A), 2242(2)(B), and 1153.

A TRUE BILL:

/s/ Foreperson
Foreperson

__/s/ Mac Schneider_____
MAC SCHNEIDER
United States Attorney

LHC/th